**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6544**

JAMES DEAN EAKER,

             Plaintiff - Appellant,

      v.

NORTH CAROLINA COMBINED RECORDS; NORTH CAROLINA PAROLE
COMMISSION,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:02-ct-00782-BO)

Submitted:  September 16, 2008     Decided:  September 19, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Dean Eaker, Appellant Pro Se.  James Philip Allen, Assistant
Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Dean Eaker appeals district court order denying his motion for leave to file an amended complaint and his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See Eaker v. North Carolina Combined Records, No. 5:02-ct-00782-BO (E.D.N.C. filed Mar. 17, 2008; entered Mar. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED